

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00047-CV

**HALLMARK SPECIALTY INSURANCE COMPANY**,
Appellant

v.

**MUNDO VERDE IRRIGATION AND LANDSCAPING, INC.**, et al.,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-02472
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the parties' Agreed Motion to Set Aside Trial Court Judgment and Remand is GRANTED. The trial court's judgment is REVERSED without regard to the merits, and the cause is REMANDED to the trial court for rendition of judgment in accordance with the parties' agreement. Costs of the appeal are taxed against the parties who incurred them.

SIGNED May 8, 2013.

_____
Catherine Stone, Chief Justice